# EXHIBIT 1

# (Filed Provisionally Under Seal)