1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2    R. Brian Timmons (Bar No. 155916)
     briantimmons@quinnemanuel.com
3    B. Dylan Proctor (Bar No. 219354)
     dylanproctor@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
5  Telephone:  (213) 443-3000
   Facsimile:    (213) 443-3100
6
7  *Attorneys for Defendants and
   Counterclaim Plaintiffs The Madera
   Group, LLC, Toca Madera Holdings,*
8  *LLC, Noble 33 Management, LLC and
   Defendants Tosh Berman, Michael*
9  *Tanha, Mahdiar Karamooz, Noble 33
   Enterprises, LLC, and Noble 33*
10 *Holdings, LLC*

   SPERTUS, JOSEPHS & MINNICK, LLP
     Kevin J. Minnick (SBN 269620)
     kminnick@spertuslaw.com
     Samuel A. Josephs (SBN 284035)
     sjosephs@spertuslaw.com
   617 West 7th Street, Suite 200
   Los Angeles, California 90017
   Telephone:  (213) 205-6520
   Facsimile:    (213) 205-6521

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13 MATTHEW SYKEN

14          Plaintiff,

15      vs.

16 TOSH BERMAN, MICHAEL TANHA,
   MAHDIAR KARAMOOZ, THE
   MADERA GROUP, LLC, TOCA
17 MADERA HOLDINGS, LLC, NOBLE
   33 ENTERPRISES, LLC, NOBLE 33
18 MANAGEMENT, LLC, NOBLE 33
   HOLDINGS, LLC, and DOES 1-10
19 inclusive,

20          Defendants.

21 THE MADERA GROUP, LLC, TOCA
   MADERA HOLDINGS, LLC, and
22 NOBLE 33 MANAGEMENT, LLC,

23          Counterclaim Plaintiffs,

24      vs.

25 MATTHEW SYKEN, JON ATABEK,
   and ATABEK & CO.,

26          Counterclaim Defendants.

27

28

Case No.

**THE MADERA GROUP, LLC,
TOCA MADERA HOLDINGS, LLC,
NOBLE 33 ENTERPRISES, LLC,
NOBLE 33 MANAGEMENT, LLC,
AND NOBLE 33 HOLDINGS, LLC'S
NOTICE OF INTERESTED
PARTIES**

28 U.S.C. §§ 1331, 1367, 1441, 1446

State Court Complaint Filed:
October 14, 2025

**TO THE CLERK OF THE COURT AND PLAINTIFF**:

**PLEASE TAKE NOTICE** that the undersigned, counsel of record for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC, and Noble 33 Holdings, LLC, certify that the following listed party (or parties) may have a pecuniary interest in the outcome of this case: There is no publicly-listed corporation that owns 10% or more of Defendants. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  December 5, 2025   Respectfully submitted,


By /s/ R. Brian Timmons
  **QUINN EMANUEL URQUHART & SULLIVAN. LLP**
  R. Brian Timmons, Esq.
  B. Dylan Proctor, Esq.

  **SPERTUS, JOSEPHS & MINNICK. LLP**
  Kevin J. Minnick, Esq.
  Samuel A. Josephs. Esq.

  *Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC, and Noble 33 Holdings, LLC*