# EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 57

**25STCV30055**  October 21, 2025
**MATTHEW SYKEN vs TOSH BERMAN, et al.**  8:30 AM

Judge: Honorable Michael Small    CSR: None
Judicial Assistant: Julian Araujo    ERM: None
Courtroom Assistant: Evangelina Sanchez    Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Jon A. Atabek by LACourtConnect

For Defendant(s): Samuel Josephs for Noble 33 Enterprises, LLC by LACourtConnect

**NATURE OF PROCEEDINGS:** Hearing on Ex Parte Application UNOPPOSED TO PROVISIONALLY AND TEMPORARILY SEAL THE COMPLAINT;

The Court reads and considers the moving papers.

The matter is called for hearing.

The Court and counsel confer regarding Defendant's Ex Parte Application, and the Court orders as follows:

The Defendant's Ex Parte Application UNOPPOSED TO PROVISIONALLY AND TEMPORARILY SEAL THE COMPLAINT; filed by Noble 33 Enterprises, LLC on 10/20/2025 is Granted in Part.

The Court orders the Complaint in this case sealed in its entirety provisionally until further order of the Court, pending a noticed motion to be filed by Defendant.

Status Conference Re: Agreement on Sealing is scheduled for 11/14/2025 at 08:30 AM in Department 57 at Stanley Mosk Courthouse.

Moving party is to give notice.