QUINN EMANUEL URQUHART & SULLIVAN, LLP
  R. Brian Timmons (Bar No. 155916)
  briantimmons@quinnemanuel.com
  B. Dylan Proctor (Bar No. 219354)
  dylanproctor@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

SPERTUS, JOSEPHS & MINNICK, LLP
  Kevin J. Minnick (SBN 269620)
  kminnick@spertuslaw.com
  Samuel A. Josephs (SBN 284035)
  sjosephs@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520
Facsimile: (213) 205-6521

*Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC. and Noble 33 Holdings. LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SYKEN,<br><br>Plaintiff,<br><br>vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>Defendants.<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>Counterclaim Defendants. | Case No.<br><br>**DECLARATION OF R. BRIAN TIMMONS IN SUPPORT OF DEFENDANTS' FILING OF REDACTED DOCUMENTS**<br><br>Trial Date:   None Set |

I, R. Brian Timmons, declare as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). I make this declaration based on personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Filing of Redacted Documents and to attach the redacted materials filed herewith.

3. Attached hereto as **Exhibit A** is Exhibit 1 to the Notice of Removal, which is the CRD Right-to-Sue Notice and related administrative materials. All other exhibits to the Notice of Removal (the state court Complaint and its attachments) are being filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2025 in Los Angeles, California.

By    */s/ R. Brian Timmons*
      R. Brian Timmons