**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SYKEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>　　　　Defendants.<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>　　　　Counterclaim Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF NOTICE OF REMOVAL**<br><br>Trial Date:　　None Set |

THIS MATTER comes before this Court upon Defendants' Application to File Under Seal Certain Documents in Support of Notice of Removal. After full consideration of the Application and the Declaration of B. Dylan Proctor in Support of the Application filed therewith, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants' Application to File Under Seal Certain Documents in Support of Notice of Removal is **GRANTED**.

2. The following documents shall be filed and maintained under seal: (a) The state court Complaint and exhibits thereto (Exhibit 1 to Notice of Removal); (b) The Declaration of B. Dylan Proctor in Support of Defendants' Application to File Under Seal Certain Documents; and (c) Answer to the state court Complaint.

3. This Order may be modified or vacated upon further motion and good cause shown.

IT IS SO ORDERED.

DATED: _____   _____

UNITED STATES DISTRICT JUDGE