| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  R. Brian Timmons (Bar No. 155916)<br>    briantimmons@quinnemanuel.com<br>  B. Dylan Proctor (Bar No. 219354)<br>    dylanproctor@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100 | SPERTUS, JOSEPHS & MINNICK, LLP<br>  Kevin J. Minnick (SBN 269620)<br>    kminnick@spertuslaw.com<br>  Samuel A. Josephs (SBN 284035)<br>    sjosephs@spertuslaw.com<br>617 West 7th Street, Suite 200<br>Los Angeles, California 90017<br>Telephone:  (213) 205-6520<br>Facsimile:   (213) 205-6521 |

*Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC, and Noble 33 Holdings, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN<br><br>            Plaintiff,<br><br>    vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>            Defendants.<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>            Counterclaim Plaintiffs,<br><br>    vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>            Counterclaim Defendants. | Case No.<br><br>**DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT AND AFFIRMATIVE DEFENSES**<br>**DEMAND FOR JURY TRIAL**<br><br>State Court Complaint Filed: October 14, 2025 |

---

*DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT*

# PROVISIONALLY FILED

# UNDER SEAL