QUINN EMANUEL URQUHART & SULLIVAN, LLP
  R. Brian Timmons (Bar No. 155916)
   briantimmons@quinnemanuel.com
  B. Dylan Proctor (Bar No. 219354)
   dylanproctor@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

SPERTUS, JOSEPHS & MINNICK, LLP
  Kevin J. Minnick (Bar No. 269620)
   kminnick@spertuslaw.com
  Samuel A. Josephs (Bar No. 284035)
   sjosephs@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone:   (213) 205-6520
Facsimile:    (213) 205-6521

*Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC, and Noble 33 Holdings, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN<br><br>        Plaintiff,<br><br>   vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>        Defendants.<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>        Counterclaim Plaintiffs,<br><br>   vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>        Counterclaim Defendants. | Case No. 2:25-cv-11622-MCS-MBK<br><br>**CERTIFICATE OF SERVICE OF:**<br><br>**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' APPLICATION TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF PRELIMINARY INJUNCTION MOTION AND ACCOMPANYING EXHIBITS A-J**<br><br>Trial Date:   None Set |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543.

On December 24, 2025, I served true copies of the following document(s) described as:

**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF COUNTERCLAIM PLAINTIFFS' APPLICATION TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF PRELIMINARY INJUNCTION**

**EXHIBITS TO THE DECLARATION OF B. DYLAN PROCTOR:**
- **EXHIBIT A - (MEMORANDUM OF POINTS AND AUTHORITIES)**
- **EXHIBIT B – (MINNICK DECLARATION, EXHIBIT B)**
- **EXHIBIT C – (MINNICK DECLARATION, EXHIBIT E)**
- **EXHIBIT D – (TANHA DECLARATION)**
- **EXHIBIT E – (TANHA DECLARATION, EXHIBIT D)**
- **EXHIBIT F – (TANHA DECLARATION, EXHIBIT E)**
- **EXHIBIT G – (TANHA DECLARATION, EXHIBIT F)**
- **EXHIBIT G – (TANHA DECLARATION, EXHIBIT H)**
- **EXHIBIT H – (TANHA DECLARATION, EXHIBIT I)**
- **EXHIBIT J – (HARRIS DECLARATION)**

On counsel in this action as follows:

**ATABEK & CO.**
Jon A. Atabek (Bar No. 269497)
jatabek@atabekandco.com
Shirin Ehyaei (Bar No. 356975)
sehyaei@atabekandco.com
250 Newport Center Drive, Suite 306
Newport Beach, California 92660
Telephone:  (949) 229-0953
Facsimile:   (213) 402-3413

**BY MAIL OR ELECTRONIC TRANSMISSION**: By electronic mail transmission by transmitting a link containing PDF format copy of such document(s) to each such person at the e-mail address(es) listed above. The link containing the document(s) was transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 24, 2025, at Los Angeles, California.

By_____*/s/ Yanai Ben-Gigi*_____
Yanai Ben-Gigi
**QUINN EMANUEL URQUHART & SULLIVAN. LLP**