**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN<br><br>    Plaintiff,<br><br>  vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>    Defendants.<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>    Counterclaim Plaintiffs,<br><br>  vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>    Counterclaim Defendants. | Case No. 2:25-cv-11622-MCS-MBK<br><br>**ORDER GRANTING COUNTERCLAIM PLAINTIFFS' APPLICATION TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF PRELIMINARY INJUNCTION MOTION [ECF NO. 19]**<br><br>Trial Date:    None Set |

THIS MATTER comes before this Court upon Counterclaim Plaintiffs' Application to Partially Seal Certain Documents in Support of Preliminary Injunction Motion. After full consideration of the Application and the Declarations of B. Dylan Proctor in Support of the Application filed therewith, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Counterclaim Plaintiffs' Application to Partially Seal Certain Documents in Support of Preliminary Injunction Motion is GRANTED.

2. The following documents shall be filed under seal: (a) the unredacted Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction; (b) the unredacted Declaration of Michael Tanha in Support of Motion for Preliminary Injunction; (c) Exhibits B and E to the unredacted Declaration of Kevin J. Minnick in Support of Motion for Preliminary Injunction; (d) Exhibits D, E, F, H, and I to the unredacted Declaration of Michael Tanha in Support of Motion for Preliminary Injunction; and (e) the Declaration of Andrew Harris in Support of Motion for Preliminary Injunction. **Counterclaim Plaintiffs shall file these documents under seal pursuant to Local Rule 79-5.2.2(c).**

3. The redacted versions of the Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction and Declaration of Michael Tanha in Support of Motion for Preliminary Injunction shall be filed on the public docket.

4. This Order may be modified or vacated upon further motion and good cause shown.

IT IS SO ORDERED.

DATED: December 29, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE