| | |
|---|---|
| Jon A. Atabek, Esq. (SBN 269497)<br>  *(jatabek@atabekandco.com)*<br>Shirin Ehyaei, Esq. (SBN 356975)<br>  *(sehyaei@atabekandco.com)*<br>**ATABEK & CO.**<br>250 Newport Center Drive, Suite 306<br>Newport Beach, CA 92660<br>Telephone:  (949) 229-0953<br>Facsimile:   (213) 402-3413<br><br>Attorneys for Plaintiff<br>MATTHEW SYKEN | **NOTE CHANGES MADE BY THE COURT** |

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, AMROU MANASEER, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, and DOES 1-10 inclusive,<br><br>   Defendants. | Case No.: 2:25-cv-11622-MCS-MBK<br><br>**ORDER GRANTING PLAINTIFF MATTHEW SYKEN'S APPLICATION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 28]** |



1

**ORDER ON APPLICATION TO FILE UNDER SEAL**

On December 24, 2025, Plaintiff filed an Application to Provisionally File Under Seal, requesting to provisionally seal Plaintiff's Amended Complaint, which Defendants contend contains privileged information.

The Court, having considered the Application, supporting declaration, and all relevant pleadings and filings, and finding good cause therefore, hereby GRANTS the Application and ORDERS as follows:

1. Plaintiff's Administrative Motion to Provisionally File Under Seal is GRANTED.
2. The following document(s) shall be filed under seal:
    - Amended Complaint and Exhibits thereto.
3. **Plaintiff shall file the unredacted Amended Complaint and Exhibits thereto under seal pursuant to Local Rule 79-5.2.2(c).**
4. **The redacted versions of the Amended Complaint and Exhibits thereto shall be maintained on the public docket.**
5. The Amended Complaint shall be provisionally sealed **until further order by the Court** ~~for sixty (60) days, or until the Court makes its final ruling on Defendants motion~~.

IT IS SO ORDERED.

Dated: December 29, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE



2
**ORDER ON APPLICATION TO FILE UNDER SEAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



PROOF OF SERVICE