Jon A. Atabek, Esq. (SBN 269497)
  *(jatabek@atabekandco.com)*
Shirin Ehyaei, Esq. (SBN 356975)
  *(sehyaei@atabekandco.com)*
**ATABEK & CO.**
250 Newport Center Drive, Suite 306
Newport Beach, CA 92660
Telephone:  (949) 229-0953
Facsimile:   (213) 402-3413

Attorneys for Plaintiff
MATTHEW SYKEN

<u>**NOTE CHANGES MADE BY THE COURT**</u>

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN, an individual, | Case No.: 2:25-cv-11622-MCS-MBK |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION TO STRIKE DOCKET ENTRIES 25, 26, AND 27 [ECF NO. 32]** |
| v. | |
| TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, AMROU MANASEER, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, and DOES 1-10 inclusive, | |
| Defendants. | |





The Court, having considered Plaintiff's Mended Unopposed Ex Parte Application to Strike Docket Entries 25, 26, and 27, the supporting declaration, and the record in this action, and good cause appearing, ORDERS as follows:

1. The Application is GRANTED.
2. Docket Entries 25, 26, and 27 are STRICKEN from the record.
3. **<u>Docket Entry 30 is denied as moot.</u>**

**IT IS SO ORDERED.**

Dated: December 29, 2025      _____

                                        MARK C. SCARSI
                                        UNITED STATES DISTRICT JUDGE