| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>R. Brian Timmons (Bar No. 155916)<br>briantimmons@quinnemanuel.com<br>B. Dylan Proctor (Bar No. 219354)<br>dylanproctor@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000 | SPERTUS, JOSEPHS & MINNICK, LLP<br>Kevin J. Minnick (SBN 269620)<br>kminnick@spertuslaw.com<br>Samuel A. Josephs (SBN 284035)<br>sjosephs@spertuslaw.com<br>617 West 7th Street, Suite 200<br>Los Angeles, California 90017<br>Telephone: (213) 205-6520 |

*Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC, and Noble 33 Holdings, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN,<br><br>  Plaintiff,<br><br>  vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>  Defendants<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>  Counterclaim Plaintiffs,<br><br>  vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>  Counterclaim Defendants. | Case No. 2:25-cv-11622-MCS-MBK<br><br>**CERTIFICATE OF SERVICE OF:**<br><br>**THE DECLARATION OF KEVIN J. MINNICK**<br><br>**THE COMPLAINT**<br><br>**THE ANSWER**<br><br>Trial Date:    None Set |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 617 West 7th Street, Suite 200, Los Angeles, California 90017.

On January 2, 2026, I served true copies of the following document(s) that were lodged under seal:

    1.    The unredacted declaration of Kevin J. Minnick;

    2.    The unredacted state court Complaint in this action; and

    3.    Defendants' unredacted Answer to the Complaint.

The documents above were served as follows:

**ATABEK & CO.**
Jon A. Atabek (Bar No. 269497)
jatabek@atabekandco.com
Shirin Ehyaei (Bar No. 356975)
sehyaei@atabekandco.com
250 Newport Center Drive, Suite 306
Newport Beach, California 92660
Telephone: (949) 229-0953

*Counsel for Plaintiff and Counterclaim Defendant Matthew Syken*

**BY ELECTRONIC TRANSMISSION**: By electronic mail transmitting such document(s) to each such person at the e-mail address(es) listed above. The electronic transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 2, 2026, in Los Angeles, California.

By: _____
Raul Chavarin