JON D. ROBINSON (SBN 127288)
    Email: jrobinson@nemecek-cole.com
**NEMECEK & COLE**
A Professional Corporation
16255 Ventura Boulevard, Suite 300
Encino, CA 91436-2300
Tel: (818) 788-9500 / Fax: (818) 501-0328

Attorneys for Counterclaim Defendants
JON ATABEK and ATABEK & CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN, <br><br>  Plaintiff, <br><br> vs. <br><br> TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive, <br><br>  Defendants. <br><br> THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC, <br><br>  Counterclaim Plaintiffs, <br><br> vs. <br><br> MATTHEW SYKEN, JON ATABEK, and ATABEK & CO., <br><br>  Counterclaim Defendants. | Case No.: 2:25-cv-11622-MCS-MBK <br><br> Magistrate Judge Michael B. Kaufman <br><br> **JON ATABEK AND ATABEK & CO.'S NOTICE OF JOINDER AND JOINDER TO OPPOSITION BY COUNTERCLAIM DEFENDANT MATTHEW SYKEN TO COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date  : January 26, 2026 <br> Time  : 9:00 a.m. <br> Place : Courtroom 7C <br><br> Trial Date: None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Counterclaim Defendants JON A. ATABEK and ATABEK & CO. hereby joins in Plaintiff/Counterclaim Defendant MATTHEW SYKEN'S Opposition to Counterclaim Plaintiffs' Motion for Preliminary Injunction.

Counterclaim Defendants JON A. ATABEK and ATABEK & CO. respectfully request that the Court deny Counterclaim Plaintiffs' Motion for Preliminary Injunction in its entirety for the reasons set forth in Plaintiff/Counterclaim Defendant Matthew Syken's Opposition, including all supporting declarations, exhibits, and arguments incorporated therein by reference.

As further set forth in the Syken Opposition, Counterclaim Plaintiffs have failed to meet its burden of establishing a likelihood of success on the merits, irreparable harm, or that the balance of equities and public interest favor the extraordinary remedy of injunctive relief. The requested injunction would improperly alter the status quo and impose undue prejudice on Counterclaim Defendants JON A. ATABEK and ATABEK & CO. without sufficient legal or factual basis.

Accordingly, Counterclaim Defendants JON A. ATABEK and ATABEK & CO join fully in the Syken Opposition and respectfully request that the Motion for Preliminary Injunction be denied.

DATED: January 6, 2026                NEMECEK & COLE

By: *Jon D. Robinson*
JON D. ROBINSON
Attorneys for Counterclaim Defendants JON ATABEK and ATABEK & CO.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, I am over the age of eighteen years, and not a party to this action. My business address is 16255 Ventura Boulevard, Suite 300, Encino, California 91436.

On January 7, 2026, pursuant to FRCP 5(b), I served the following document(s) on the parties listed on the **Service List** in the manner indicated thereon:

> **JON ATABEK AND ATABEK & CO.'S NOTICE OF JOINDER AND JOINDER TO OPPOSITION BY COUNTERCLAIM DEFENDANT MATTHEW SYKEN TO COUNTERCLAIM PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users (listed on the Court's Electronic Mail Notice List for this case) will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FIRST CLASS UNITED STATES MAIL:** I am "readily familiar" with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service the same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the below service list, a true copy of the above-referenced document(s) was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepared; and on that same date that envelope was placed for collection in the U.S. mail depository, located at Encino, California following ordinary business practices.

///

**Service List**

R. Brian Timmons / briantimmons@quinnemanuel.com;

Brett Dylan Proctor / dylanproctor@quinnemanuel.com;

Kevin James Minnick / kminnick@spertuslaw.com;

Samuel A. Josephs / sjosephs@spertuslaw.com;

Jon Ali Atabek / jatabek@atabekandco.com;

Shirin Ehyaei / Sehyaei@atabekandco.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2025, at Encino, California.

Michelle W. Stoecker         *Michelle Stoecker*
(type or print name)              (signature)