QUINN EMANUEL URQUHART & SULLIVAN, LLP
  R. Brian Timmons (Bar No. 155916)
  briantimmons@quinnemanuel.com
  B. Dylan Proctor (Bar No. 219354)
  dylanproctor@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

SPERTUS, JOSEPHS & MINNICK, LLP
  Kevin J. Minnick (SBN 269620)
  kminnick@spertuslaw.com
  Samuel A. Josephs (SBN 284035)
  sjosephs@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 205-6520

*Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC, and Noble 33 Holdings, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SYKEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TOSH BERMAN, MICHAEL TANHA, MAHDIAR KARAMOOZ, THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, NOBLE 33 ENTERPRISES, LLC, NOBLE 33 MANAGEMENT, LLC, NOBLE 33 HOLDINGS, LLC, and DOES 1-10 inclusive,<br><br>    Defendants.<br><br>THE MADERA GROUP, LLC, TOCA MADERA HOLDINGS, LLC, and NOBLE 33 MANAGEMENT, LLC,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>MATTHEW SYKEN, JON ATABEK, and ATABEK & CO.,<br><br>    Counterclaim Defendants. | Case No. 2:25-cv-11622-MCS-MBK<br><br>**COUNTERCLAIM PLAINTIFFS' UNOPPOSED APPLICATION TO RETROACTIVELY SEAL ECF NO. 21-12**<br><br>Trial Date:     None Set |

Under Local Rule 79-5.2.2 and Federal Rule of Civil Procedure 5.2(a), Counterclaim Plaintiffs The Madera Group, LLC ("TMG"), Toca Madera Holdings, LLC, and Noble 33 Management, LLC ("Noble 33") (together, "Counterclaim Plaintiffs") seek to retroactively seal the Declaration of Daniel W. Ray in Support of Preliminary Injunction Motion, including its accompanying report and exhibits (the "Ray Declaration") (ECF No. 21-12). The Ray Declaration contains private information subject to the redaction requirements of Federal Rule of Civil Procedure 5.2. Counterclaim Plaintiffs further request leave to file a redacted version of the Ray Declaration, which is filed concurrently herewith.

Counterclaim Defendants do not oppose this Application.

## I. Argument

Electronic filings that contain the name of an individual known to be a minor may include only the minor's initials. Fed. R. Civ. P. 5.2(a)(3). "If a person files an unredacted identifier by mistake, that person may seek relief from the court." Advisory Committee Notes (2007 Adoption) to Rule 5.2.

In support of their Motion for Preliminary Injunction (ECF No. 21), Counterclaim Plaintiffs filed a declaration, with an accompanying forensic accounting report, that inadvertently disclosed the names of minor children at Pages 11 and 12 (ECF No. 21-12 at 14–15) and Exhibit 2 (*id.* at 70) to the report. Counterclaim Plaintiffs therefore seek to seal the document in accordance with Rule 5.2, and to file an otherwise identical but redacted version. *See Taylor v. City of Torrance*, No. 2:25-CV-05866-MCS-PD, 2025 WL 4059416, at *7 (C.D. Cal. Oct. 8, 2025) (Scarsi, J.) (ordering parties to file redacted versions of inadvertently filed documents consistent with Federal Rule of Civil Procedure 5.2(a)). The redactions are narrowly tailored to protect only the identifying information outlined in Rule 5.2(a).

## II. Conclusion

For the foregoing reasons, Counterclaim Plaintiffs respectfully request that the Court enter an order directing the Clerk of Court to retroactively seal the unredacted

Ray Declaration (ECF No. 21-12) as of the date filed, and granting Counterclaim Plaintiffs leave to file the redacted Ray Declaration.

DATED: January 29, 2026  By: /s/ Kevin J. Minnick
Kevin J. Minnick, Esq.
Samuel A. Josephs, Esq.
SPERTUS, JOSEPHS & MINNICK, LLP

R. Brian Timmons, Esq.
B. Dylan Proctor, Esq.
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorneys for Defendants and Counterclaim Plaintiffs The Madera Group, LLC, Toca Madera Holdings, LLC, Noble 33 Management, LLC and Defendants Tosh Berman, Michael Tanha, Mahdiar Karamooz, Noble 33 Enterprises, LLC. and Noble 33 Holdings. LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants, certifies that this brief contains 328 words, which complies with the word limit of L.R. 11-6.1.

Dated: January 29, 2026  By: /s/ Kevin J. Minnick
Kevin J. Minnick